IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TROY LEE PERKINS,<br>    ID #1480826,<br>        Plaintiff,<br>vs.<br><br>LORIE DAVIS, et al.,<br>        Defendants. | )<br>)<br>)<br>)  No. 3:16-CV-2437-M<br>)<br>)<br>) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. *Plaintiff pro se's Motion for Court to Order state court Void Judgement "set-aside" and release plaintiff*, filed October 27, 2016 (doc. 12), which may be liberally construed as seeking a temporary restraining order or a preliminary injunction, is denied.

**SIGNED this 27th day of July, 2017.**

_____
**BARBARA M. G. LYNN
CHIEF JUDGE**