**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| TROY LEE PERKINS, | ) | |
| ID #1480826, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:16-CV-2437-M |
| | ) | |
| LORIE DAVIS, et al., | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment this action will be summarily dismissed with prejudice under 28 U.S.C. § 1915A(b)(1), or in the alternative, until the plaintiff satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

**SIGNED this 3rd day of October, 2018.**

BARBARA M. G. LYNN
CHIEF JUDGE