IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TROY LEE PERKINS, ) | |
|     ID #1480826, ) | |
|         Plaintiff, ) | |
| vs. ) | No. 3:16-CV-2437-M |
| ) | |
| LORIE DAVIS, et al., ) | |
|         Defendants. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the objections to the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the material Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The Court accepts Defendant's objection that he is no longer at the Estelle Unit, but that is not material.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, *Plaintiff Pro Se's Original Motion for Stay of Court Judgement; pursuant to :F.R.A.P., Rule 8(1)(A)*, received on October 24, 2018 (doc. 66), is **DENIED**.

**SIGNED this 14th day of November, 2018.**

*/s/ Barbara M. G. Lynn*
BARBARA M. G. LYNN
CHIEF JUDGE